UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHNATHAN HILL,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | NO. CR95-0174JET<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon Defendant's Motion to Proceed In Forma Pauperis on Appeal, and Motion to Appoint Counsel.

Having considered the entirety of the records and file herein, the Court finds and rules as follows:

1. Defendant was granted IFP status on November 29, 1995, therefore granting of IFP is unnecessary.

2. Defendant's Motion to Appoint Counsel is DENIED.

The clerk of the court is instructed to send uncertified copies of this Order to all counsel of record.

- 1

1   DATED this 31st day of May, 2005.

2
                                    /s JACK E. TANNER
3                                   _____
                                    JACK E. TANNER
4                                   SR. UNITED STATES DISTRICT JUDGE

- 2